920

No. 88–1840. VOELLINGER v. POLICE RETIREMENT SYSTEM OF ST. LOUIS ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 88–1841. INDIANA CIVIL RIGHTS COMMISSION ET AL. v. AMERICAN COMMERCIAL BARGE LINE CO. Ct. App. Ind. Certiorari denied.

No. 88–1845. NEW JERSEY CHAMBER OF COMMERCE ET AL. v. HUGHEY, COMMISSIONER OF ENVIRONMENTAL PROTECTION OF NEW JERSEY, ET AL.; and
No. 88–1868. FRAGRANCE MATERIALS ASSOCIATION OF THE UNITED STATES ET AL. v. VAN NOTE ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 868 F. 2d 621.

No. 88–1849. WORKERS' COMPENSATION INSURERS RATING ASSOCIATION OF MINNESOTA ET AL. v. AUSTIN PRODUCTS CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1851. WHITE, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. v. BENNETT ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1855. HENRY v. BEAUMONT IRON & METAL CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1857. HOWARD v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1861. STRYKER ET AL. v. DECKER ET UX.; LOUGHLIN v. GERSCH; CITY AND COUNTY OF DENVER ET AL. v. HIGHTBERRY; and KUKURIS ET AL. v. ZAPP ET AL. Ct. App. Colo. Certiorari denied.

No. 88–1882. REYES v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 88–1929. WASHABAUGH v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 88–1934. GRACEY v. DAY. C. A. 3d Cir. Certiorari denied.